# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: |
|---|---|
| Jonnell Deen-Chase | 18-25700 |
| | **CHANGE OF ADDRESS** |

FILED NOV 25 2019 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

Change of Address For:  ☐ Debtor(s)  ☐ Debtor  ☐ Joint Debtor    ☐ Creditor's Noticing/Mailing Address  ☑ Creditor's Payment Address

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

**OLD ADDRESS**

| NAME: | U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust |
|---|---|
| MAILING ADDRESS: | c/o SN Servicing Corporation, PO Box 660820 |
| CITY, STATE, ZIP: | Dallas, TX 75266 |
| TELEPHONE NO.: | 800.603.0836 |

**NEW ADDRESS**

| NAME: | U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust |
|---|---|
| MAILING ADDRESS: | c/o SN Servicing Corporation, 323 Fifth Street |
| CITY, STATE, ZIP: | Eureka, CA 95501 |
| TELEPHONE NO.: | 800.603.0836 |

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number(s) below (DeBN account numbers can be located in the subject title of all emailed court orders and notices. To change your e-mail address(es) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new email address at the bottom of the form.

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

Dated: 11/21/2019

Requestor's Name: D. Anthony Sottile

Requestor's Signature: _[signature]_

Authorized Agent for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust
Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 4/18/16)